# Exhibit 1
# June 27, 2022 OHFA Facebook Post

