# Exhibit 2
# Aug. 24, 2022 OHFA Facebook Post

